**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  08-cv-01936-LTB

SHAMBHALA INTERNATIONAL (VAJRADHATU), a Colorado non-profit corporation,

      Plaintiff,

v.

CHURCH OF SHAMBHALA VAJRADHARA MAITREY SANGHA, d/b/a THE TIBETAN FOUNDATION, a California non-profit corporation,

      Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal (Doc 5 - filed October 13, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                    BY THE COURT:

                      s/Lewis T. Babcock
                    Lewis T. Babcock, Judge

DATED:   October 14, 2009